# FINANCIAL AFFIDAVIT

IN UNITED STATES ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA v.s. Hicks et al
FOR: Northern District of Illinois AT Eastern Division

LOCATION NUMBER: ▶

PERSON REPRESENTED (Show your full name): LATASHA WILLIAMS 6-3-08

1. ☒ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

FILED JUN 03 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

DOCKET NUMBERS
Magistrate:
District Court: 08 CR 401-26
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor
21 USC 841

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes  ☐ No  DNA
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes
RECEIVED: 406   SOURCES: LINK FOOD STAMPS
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: _____  DESCRIPTION: _____

## DEPENDENTS

MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 2

## OBLIGATIONS & DEBTS

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditor | $ |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 6-3-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Latasha Williams