## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 - 26 | **DATE** | 6/6/2008 |
| **CASE TITLE** | USA vs. Latasha Williams | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 6/6/2008; and continued to 6/11/2008 at 1:00 p.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | IS |
|---|---|---|