UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,　)
　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　)
LATASHA WILLIAMS　　　　　 )
　　　　　　　　　　　　　　)　No. 08 CR 401-26
　　　　　　　　　　　　　　)　Judge Ashman

FILED
JUN 1 1 2008
Jun 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## FORFEITURE AGREEMENT

Pursuant to the Pretrial Release Order entered in the above-named case on June 11, 2008, and for and in consideration of bond being set by the Court for defendant LATASHA WILLIAMS being fully secured by real property, LILLIE C. RENT hereby warrants and agrees:

1.　　LILLIE C. RENT warrants that she is the sole record owner and titleholder of the real property located at **5720 S. Wolcott, Chicago, Illinois**, and described legally as follows:

> LOT 8 IN BLOCK 11 IN THE RESUBDIVISION OF BLOCKS 3, 4, 5, 6, 11, AND 12 IN THE RESUBDIVISION OF BLOCKS 1 TO 8 INCLUSIVE (EXCEPT THE NORTH 134 FEET OF BLOCKS 1 AND 2 AND EXCEPT THE NORTH 60 FEET OF THE SOUTH 350 FEET OF BLOCKS 7 AND 8 IN LYONS SUBDIVISION OF THE WEST HALF OF THE NORTH EAST QUARTER OF SECTION 18 TOWNSHIP 38 NORTH RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN IN COOK COUNTY ILLINOIS.

P.I.N: 20-18-217-028.

2.  LILLIE C. RENT agrees that 100% of her equitable interest in the above-described real property may be forfeited to the United States of America should the defendant LATASHA WILLIAMS fail to appear as required by the Court or otherwise violate any condition of the Court's order of release. LILLIE C. RENT has received a copy of the Court's release order and understands its terms and conditions. Further, the surety understands that the only notice she will receive is notice of court proceedings.

3.  LILLIE C. RENT further agrees to execute a quitclaim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court. LILLIE C. RENT understands that should defendant LATASHA WILLIAMS fail to appear or otherwise violate any condition of the Court's order of release, the United States may obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest in the above-described real property and satisfy the obligation arising from a breach of the bond.

4.  LILLIE C. RENT further agrees that she will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish her interest therein, including any effort to sell or otherwise convey the property without leave of Court.

5.  LILLIE C. RENT further understands that if she has knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant LATASHA WILLIAMS, she is subject to a felony prosecution for making false statements and

making a false declaration under penalty of perjury. LILLIE C. RENT agrees that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder of Deeds as notice of encumbrance in the amount of the bond.

6. LILLIE C. RENT hereby declares under penalty of perjury that she has read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: _____

LILLIE C. RENT
SURETY/GRANTOR

Date: _____

Witness

Prepared by:

Dorothy Cuadra
United States Attorney's Office
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604

3