UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | No. 08 CR 401-26 |
| | ) | |
| v. | ) | Judge MARTIN ASHMAN |
| | ) | |
| | ) | |
| LATASHA WILLIAMS, | ) | |
| Defendant | ) | |

## NOTICE OF MOTION

**To: Following Service List**

    PLEASE TAKE NOTICE that on Tuesday, August 19, 2008, at 10:30 a.m., I will present before Judge Martin Ashman Room 1386, in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, the following, **MOTION TO EXONERATE BOND AND REMAND INTO FEDERAL CUSTODY**, in the above captioned case, a copy which is being served upon you.

    The undersigned, an attorney, certifies that he caused copies of the foregoing pleading, along with this Notice of Motion, to be served upon the following service list, by the method described in said service list, on August 13, 2008.

                                                       _s/_____
                                                       Charles J. Aron
                                                       Attorney for Latasha Williams

Charles J. Aron
19 West Jackson
Suite #212
Chicago, Illinois 60604
(312) 986-8012

# SERVICE LIST

**Notice was electronically mailed to:**

**AUSA**
USAILN.ECFAUSA@usdoj.gov

**Sharon Renee Fairley**
sharon.fairley@usdoj.gov,karen.wheeler@usdoj.gov

**Stephen A. Kubiatowski**
stephen.kubiatowski@usdoj.gov,heather.williamson@usdoj.gov,USAILN.ECFAUSA@usdoj.gov

**Pretrial Services**
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov