# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 - 26 | **DATE** | 8/19/2008 |
| **CASE TITLE** | USA vs. Latasha Williams | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 8/19/2008. Defendant's motion to exonerate bond and remand into Federal custody [225] is granted nunc pro tunc, to 7/29/2008. Order to be submitted.

Docketing to mail notices.

00:04 oah

| | Courtroom Deputy Initials: | IS |
|---|---|---|