# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| CASE NUMBER | 08 CR 401 - 26 | DATE | 8/27/2008 |
| CASE TITLE | USA vs. Latasha Williams | | |

**DOCKET ENTRY TEXT**

Enter order. It is hereby ordered that this court's order setting defendant's conditions of release is vacated, nunc pro tunc, to 7/29/2008; the bond posted by defendant's grandmother, Lillie Rent, is exonerated and that property is released; and the defendant is hereby remanded into Federal custody.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | IS |
|---|---|---|