UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 401-26 |
| | ) | |
| LATASHA WILLIAMS | ) | Magistrate Judge Ashman |
| | ) | |

ORDER

Defendant, LATASHA WILLIAMS, having moved the Court to exonerate her bond without objection of the United States;

IT IS HEREBY ORDERED THAT: defendant LATASHA WILLIAMS's motion is granted. Accordingly, this Court's order setting defendant's conditions of release is vacated, nunc pro tunc, to July 29, 2008; the bond posted by defendant's grandmother, Lillie Rent, is exonerated and that property is released; and the defendant is hereby remanded into Federal custody.

ENTER:   AUG 27 2008

_____
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE