FILED
8-27-08
AUG 2 7 2008

JUDGE JAMES B. ZAGEL
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

AUG 2 7 2008

JUDGE JAMES B. ZAGEL
UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No.   08 CR 401 |
| ) | Hon. James B. Zagel |
| LATASHA WILLIAMS ) | U.S. District Court Judge |
| ) | |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that defendant LATASHA WILLIAMS, has been and now is, in due form and process of law, incarcerated in the following institution:

Cook County Sheriff's Department of Corrections (Inmate No. 2008-0041355)

Your petitioner further represents unto Your Honor that the said defendant has been charged by indictment in the captioned cause in the Eastern Division of the Northern District of Illinois, with violations of Title 21, United States Code, Sections 846, 841 (a)(c), and 856 (a)(2), and that she is now wanted in said division and district at 11:00 a.m. on Wednesday, September 3, 2008, for arraignment before the Honorable James B. Zagel, United States District Court Judge.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

TO:   UNITED STATES MARSHAL                WARDEN – Cook County Sheriff's
      Northern District of Illinois                       Department of Corrections
      Chicago, Illinois                                        2700 South California Ave
                                                                      Chicago, Illinois 60608

commanding said persons to produce the body of the said defendant before the United States District Court for the Northern District of Illinois, Eastern Division, at said time and on said date, and that

when the said defendant is so produced pursuant to said Writ, that she be remanded to the custody of the United States Marshal until all proceedings in this case have been concluded.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
STEPHEN A. KUBIATOWSKI
Assistant United States Attorney
219 S. Dearborn, 5TH Floor
Chicago, Illinois 60604
(312) 353-0589