# United States District Court, Northern District

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 - 26 | **DATE** | 8/27/2008 |
| **CASE TITLE** | UNITED STATES vs. LATASHA WILLIAMS | | |

**DOCKET ENTRY TEXT**

Government's petition for writ of habeas corpus ad prosequendum is granted. Writ to issue returnable for 9/3/2008 at 11:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Writ issued
8/28/08

| | Courtroom Deputy Initials: | DW |
|---|---|---|