UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   08 CR 401 |
| | ) | Hon. James B. Zagel |
| LATASHA WILLIAMS | ) | U.S. District Court Judge |
| | ) | |

## ORDER

On reading the petition in this behalf presented by the United States Attorney for the Northern District of Illinois, and it appearing to the Court that defendant LATASHA WILLIAMS has been and now is, in due form and process of law, incarcerated in the following institution:

Cook County Sheriff's Department of Corrections (Inmate No. 2008-0041355)

and that said defendant is charged by indictment in the captioned cause with violations of Title 21, United States Code, Sections 846, 841 (a)(c), and 856 (a)(2), and that said defendant should appear in this cause in the United States District Court at Chicago, Illinois at 11:00 a.m., on Wednesday, September 3, 2008, for arraignment.

IT IS THEREFORE ORDERED that the United States Marshal, Northern District of Illinois, Chicago, Illinois, and the Cook County Sheriff's Department of Corrections, 2700 South California Avenue, Chicago, Illinois, bring and cause to be brought before this Court, at said time on said date, in the United States Court House, at Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

*James B. Zagel*
JUDGE JAMES B. ZAGEL

DATED at Chicago, Illinois this
27th day of August, 2008.